Peter A. Leeming SBN 119124
Law Offices of Peter A. Leeming
108 Locust Street, Suite 7
Santa Cruz, CA 95060

Telephone (831) 425-8000

paleeming@sbcglobal.net

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| JOHN DOE, | ) No. CV-21-03315 |
| Plaintiff, | ) **STIPULATION AND [PROPOSED]** |
| vs. | ) **ORDER RE: BRIEFING SCHEDULE** |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA, | ) |
| Defendant. | ) |

The parties Stipulate, and ask the Court to adopt, the following proposed briefing schedule, based on the following:

1. A hearing on Plaintiff John Doe's Motion for Preliminary Injunctive Relief is set for May 26, 2021, at 1:00 P.M.

2. Counsel for Defendant Regents filed a Notice of Appearance on May 19, 2021. Also on May 19, 2021, counsel for Plaintiff and Defendant met and

STIPULATION AND PROPOSED ORDER RE: BRIEFING SCHEDULE- 1

1  conferred via email, and agreed on the following briefing schedule:  Defendant's

2  Opposition would be filed by Friday, May 21, and Plaintiff's reply, if any, would be

3  filed by Monday, May 24.

4      3.    Counsel for both parties also discussed and agreed that the time for

5  Defendant to respond to the Complaint would be extended by 30 days, to and

6  including July 1, 2021.

7      For the above reasons, it is respectfully requested that the Court Order the

8  following:

9      Defendant's opposition to Plaintiff's Motion for Injunctive Relief shall be

10 filed by Friday, May 21, 2021;

11     Plaintiff's reply, if any, shall be filed by Monday, May 24, and;

12     The time for Defendant to respond to the Complaint in the above action is

13 extended to July 1, 2021.

14     So Stipulated

15     Dated: May 20, 2021    By: _____/s/_____
                                            PETER A. LEEMING, of
16                                                  Attorneys for Plaintiff JOHN DOE

17

18
    Dated: May 20, 2021    By: _____/s/_____
19                                                  BRYAN H. HECKENLIVELY, of
                                                 Attorneys for Defendant REGENTS
20

21

22

23

24

25

STIPULATION AND PROPOSED ORDER RE: BRIEFING SCHEDULE- 2

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>        Plaintiff,<br><br>    vs.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>        Defendant. | No. CV-21-03315<br><br>**[PROPOSED] ORDER RE: BRIEFING SCHEDULE** |

GOOD CAUSE APPEARING, it he hereby ordered that:

Defendant's opposition to Plaintiff's Motion for Injunctive Relief shall be filed by Friday, May 21, 2021;

Plaintiff's reply, if any, shall be filed by Monday, May 24, and

The time for Defendant to respond to the Complaint in the above action is extended to July 1, 2021.

Dated: _____        By: _____
                                United States Magistrate Judge

STIPULATION AND PROPOSED ORDER RE: BRIEFING SCHEDULE- 3