Peter A. Leeming SBN 119124
Law Offices of Peter A. Leeming
108 Locust Street, Suite 7
Santa Cruz, CA 95060

Telephone (831) 425-8000

paleeming@sbcglobal.net

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| JOHN DOE, | No. CV-21-03315 |
| Plaintiff, | **STIPULATION AND ORDER RE: BRIEFING SCHEDULE** |
| vs. | |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA, | |
| Defendant. | |

The parties Stipulate, and ask the Court to adopt, the following proposed briefing schedule, based on the following:

1. A hearing on Plaintiff John Doe's Motion for Preliminary Injunctive Relief is set for May 26, 2021, at 1:00 P.M.

2. Counsel for Defendant Regents filed a Notice of Appearance on May 19, 2021. Also on May 19, 2021, counsel for Plaintiff and Defendant met and

STIPULATION AND ORDER RE: BRIEFING SCHEDULE- 1

conferred via email, and agreed on the following briefing schedule: Defendant's Opposition would be filed by Friday, May 21, and Plaintiff's reply, if any, would be filed by Monday, May 24.

3. Counsel for both parties also discussed and agreed that the time for Defendant to respond to the Complaint would be extended by 30 days, to and including July 1, 2021.

For the above reasons, it is respectfully requested that the Court Order the following:

Defendant's opposition to Plaintiff's Motion for Injunctive Relief shall be filed by Friday, May 21, 2021;

Plaintiff's reply, if any, shall be filed by Monday, May 24, and;

The time for Defendant to respond to the Complaint in the above action is extended to July 1, 2021.

So Stipulated

Dated: May 20, 2021        By: _____/s/_____
                           PETER A. LEEMING, of
                           Attorneys for Plaintiff JOHN DOE


Dated: May 20, 2021        By: _____/s/_____
                           BRYAN H. HECKENLIVELY, of
                           Attorneys for Defendant REGENTS

STIPULATION AND ORDER RE: BRIEFING SCHEDULE- 2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN DOE, | No. CV-21-03315 |
| Plaintiff, | **ORDER RE: BRIEFING SCHEDULE** |
| vs. | |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA, | |
| Defendant. | |

GOOD CAUSE APPEARING, it he hereby ordered that:

Defendant's opposition to Plaintiff's Motion for Injunctive Relief shall be filed by Friday, May 21, 2021;

Plaintiff's reply, if any, shall be filed by Monday, May 24, and

The time for Defendant to respond to the Complaint in the above action is extended to July 1, 2021.

Dated: May 20, 2021

By: _____
United States

*GRANTED*
[Signature]
Judge Nathanael M. Cousins

STIPULATION AND ORDER RE: BRIEFING SCHEDULE- 3