PETER A. LEEMING, CA SBN 119124
LAW OFFICES OF PETER A. LEEMING
108 LOCUST STREET, SUITE 7
SANTA CRUZ, CA 95060
TELEPHONE (831) 425-8000
PALEEMING@SBCGLOBAL.NET

FRANK R. UBHAUS, CA SBN 46085
BERLINER COHEN, LLP
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CA 95113-2233
TELEPHONE: (408) 286-5800
frank.ubhaus@berliner.com

JAMES V. KOSNETT, CA SBN 71542
KOSNETT LAW FIRM
11601 WILSHIRE BLVD, STE. 500
LOS ANGELES, CA 90025
TELEPHONE (310) 445-5900
JAMESKOSNETT@KOSNETLAW.COM

Attorneys for Plaintiff John Doe

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| JOHN DOE, | CASE NO. 5:21-CV-03315-NC |
|---|---|
| Plaintiff, | NOTICE OF DISMISSAL WITHOUT PREJUDICE |
| vs. | |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA, | |
| Defendants. | |

TO THE ABOVE NAMED DEFENDANTS:

PLEASE TAKE NOTICE that Plaintiff, pursuant to the provisions of Rule 41(A) of the Federal Rules of Civil Procedure, hereby dismisses the above captioned matter in its entirety without prejudice.

-1-

NOTICE OF DISMISSAL WITHOUT PREJUDICE

1  DATED: MAY 24, 2021                 RESPECTFULLY SUBMITTED,

2                                      BERLINER COHEN, LLP

3                                      BY: */s/ Frank R. Ubhaus*
4                                           FRANK R. UBHAUS
                                            ATTORNEYS FOR PLAINTIFF JOHN DOE

-2-

NOTICE OF DISMISSAL WITHOUT PREJUDICE

*Doe v. Regents of the University of California.*                                         Case No. 5:21-CV-03315-NC

## PROOF OF SERVICE

I, Sabina Hall, declare under penalty of perjury under the laws of the State of California that the following facts are true and correct:

I am a citizen of the United States, over the age of eighteen years, and not a party to the within action. I am an employee of Berliner Cohen, LLP, and my business address is Ten Almaden Boulevard, Eleventh Floor, San Jose, California 95113-2233. On May 25, 2021, I served the following document(s):

NOTICE OF DISMISSAL WITHOUT PREJUDICE

in the following manner:

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, from the sending facsimile machine telephone number of _____. The transmission was reported as complete and without error by the machine. Pursuant to California Rules of Court, Rule 2008(e)(4), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the original of this declaration. The transmission report was properly issued by the transmitting facsimile machine.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Jose, California addressed as set forth below.

☐ by overnight mail by placing the document(s) listed above in a sealed overnight mail envelope with postage thereon fully prepaid, addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ by e-mail or electronic transmission. Pursuant to Code of Civil Procedure §1010.6, I caused the document(s) to be sent to the person(s) at the e-mail address(es) listed below.

| ATTORNEYS FOR DEFENDANTS | |
|---|---|
| HAILYN J. CHEN<br>hailyn.chen@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>350 South Grand Avenue<br>Fiftieth Floor<br>Los Angeles, California 90071-3426<br>Telephone: (213) 683-9100<br>Facsimile: (213) 687-3702 | BRYAN H. HECKENLIVELY<br>bryan.heckenlively@mto.com<br>ANDRA LIM<br>andra.lim@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street<br>Twenty-Seventh Floor<br>San Francisco, California 94105-2607<br>Telephone: (415) 512-4000<br>Facsimile: (415) 512-4077 |

I am readily familiar with my firm's practice for collection and processing of correspondence for mailing with the United States Postal Service/Express Mail, Federal Express and other overnight mail services, to wit, that correspondence will be deposited with the United States Postal Service/overnight mail service this same day in the ordinary course of business.

Executed on May 25, 2021, at San Jose, California.

*/s/ Sabina Hall*
SABINA HALL

-3-